This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**INARA CEDRINS,**

    Plaintiff-Appellant,

v.
                        **NO. 30,575**

**JAMES and SHARON PREWITT,**
**RAMESH KUMAR SHRESTHA,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Inara Cedrins
Chicago, Il

Pro se Appellant

James Prewitt
Sharon Prewitt
Albuquerque, NM

Pro se Appellees

## MEMORANDUM OPINION

**CASTILLO, Judge.**

Plaintiff appeals pro se from the district court's dismissal of her complaint for civil conspiracy and intentional infliction of emotional distress on res judicata and collateral estoppel grounds. This Court issued a calendar notice proposing summary reversal. Defendants filed a memorandum in opposition, and Plaintiff filed a memorandum in support to this Court's proposed disposition. This Court issued a second notice of proposed disposition on October 25, 2010, again, proposing summary reversal. Plaintiff has filed a memorandum in support of this Court's second proposed disposition. Defendants, however, have not filed a response to this Court's second notice proposing summary reversal, and the time for doing so has run. *See* Rule 12-210(D)(3) NMRA. As a result, this Court summarily reverses the district court's order dismissing Plaintiff's complaint.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Chief Judge**

_____

**LINDA M. VANZI, Judge**